```
 1  TARA K. MCGRATH
 2  United States Attorney
    CARLOS ARGUELLO
 3  Assistant United States Attorney
 4  California Bar No. 301489
    United States Attorney's Office
 5  880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 546-6684
 7  Carlos.Arguello@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-MJ-1561-BLM |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ANTON ANDREYEVICH IAGOUNOV, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should

receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: April 23, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney


*s/ Carlos Arguello*
CARLOS ARGUELLO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America